UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

RAQUEL S.,

                     Plaintiff,

v.                                                              8:21-cv-401 (ML)

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
_____

APPEARANCES:

OLINSKY LAW GROUP
 Counsel for the Plaintiff
250 South Clinton Street
Suite 210
Syracuse, New York 13202

SOCIAL SECURITY ADMINISTRATION
 Counsel for the Defendant
J.F.K. Federal Building
15 New Sudbury Street
Boston, Massachusetts 02203

OF COUNSEL:

HOWARD D. OLINSKY, ESQ.

LUIS PERE, ESQ.
Special Assistant United States
Attorney

MIROSLAV LOVRIC, United States Magistrate Judge

## CONSENT ORDER TO REMAND PURSUANT TO SENTENCE 4 OF 42 U.S.C. § 405(g)

This matter having been opened to the Court by CARLA B. FREEDMAN, United States Attorney for the Northern District of New York, and Luis Pere, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to Sentence 4 of 42 U.S.C. § 405(g) so that further administrative action, including a hearing before an Administrative Law Judge and the issuance of a new decision, may

be taken; and Plaintiff, through counsel Howard D. Olinsky, having consented to the within order and the requested remand (Dkt. No. 17), and the Court having considered the matter,

IT IS on this 18th day of January, 2022,

**ORDERED** that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action; and it is further

**ORDERED** that the within matter, be and hereby is, DISMISSED in accord with the decision in *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); and it is further

**ORDERED** that nothing within this consent order shall be deemed to bar Plaintiff from seeking attorney's fees under the Equal Access to Justice Act (EAJA), 42 U.S.C. § 2412.

Dated: January 18, 2022
Binghamton, New York

_____
Miroslav Lovric
U.S. Magistrate Judge